UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-82328-CIV-COHN/SELTZER

LINDA M. CINNANTE,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation to District Judge [DE 24] submitted by United States Magistrate Judge Barry S. Seltzer regarding Plaintiff Linda Cinnante's Complaint seeking review of the final decision of the Commissioner denying Plaintiff disability benefits under the Social Security Act.  The Court has conducted a *de novo* review of the Report and Recommendation and the record, and is otherwise fully advised in the premises.  The Court notes that neither party has filed Objections to the Report and Recommendation, and the time for filing such Objections has expired.  In consideration of the foregoing, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. United States Magistrate Judge Seltzer's Report and Recommendation [DE 24] is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [DE 15] is **DENIED**.

3. Defendant's Motion for Summary Judgment [DE 22] is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

4. Any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19th day of July, 2010.

                                                              _____
                                                              JAMES I. COHN
                                                              United States District Judge

Copies provided to:

Counsel of record via CM/ECF